Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 30  AM 8: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

BAVARIAN NORDIC A/S

**PLAINTIFF**

vs

OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company

**DEFENDANTS**

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1156 L RBB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby, Esq., Julianne Hull, Esq.
Kirby Noonan, Lance & Hoge LLP
350 Tenth Avenue, 13th Floor
San Diego, CA 92101

Edward A. Pennington, Esq. (pro hac vice pending)
Hanify & King, PC
1875 K Street, N.W., #707
Washington, D.C. 20006

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

K. HAMMERLY

By _____, Deputy Clerk

JUN 3 0 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)