| | |
|---|---|
| 1 | Michael L. Kirby (50895) |
|   | mkirby@knlh.com |
| 2 | Julianne Hull (246719) |
|   | jhull@knlh.com |
| 3 | KIRBY NOONAN LANCE & HOGE LLP |
|   | 350 Tenth Avenue, Suite 1300 |
| 4 | San Diego, California 92101-8700 |
|   | Telephone (619) 231-8666 |
| 5 | Facsimile (619) 231-9593 |
| 6 | Edward A. Pennington (pro hac vice pending) |
|   | HANIFY & KING, PC. |
| 7 | 1875 K Street, N.W., Suite 707 |
|   | Washington, D.C. 20006 |
| 8 | (202) 403-210 |
|   | eap@hanify.com |
| 9 | |
| 10 | Theodore J. Folkman (pro hac vice pending) |
|   | Christopher M. Morrison (pro hac vice pending) |
|   | David C. Kravitz (pro hac vice pending) |
| 11 | HANIFY & KING, P.C. |
|   | One Beacon Street |
| 12 | Boston, MA 02108 |
|   | (617) 423-0400 |
| 13 | tjf(@hanify.com, cmm@hanify.com, dck@hanifyi.com |
| 14 | Li Westerlund (SBN 222716) |
|   | BAVARIAN NORDIC, INC. |
| 15 | 2900 K Street, N.W., Suite 501 |
|   | Washington, D.C. 20007 |
| 16 | (202) 536-1581 |
|   | li.westerlund@bavarian-nordic.com |
| 17 | |
|   | Attorneys for Plaintiff Bavarian Nordic A/S |
| 18 | |

FILED
2008 JUN 30 AM 8:39
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KNW____ DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 21 | BAVARIAN NORDIC A/S, | CASE NO. '08 CV 1156 L RBB |
| 22 | Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| 23 | vs. | |
| 24 | OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company | |
| 27 | Defendants. | |

KNLH\531671.1                                                    Corporate Disclosure Statement

Plaintiff Bavarian Nordic A/S, by and through its undersigned attorneys, Kirby Noonan Lance & Hoge and Hanify & King, PC, hereby certify that:

Bavarian Nordic A/S, is a Danish stock corporation (aktieselskab) with its principal place of business in Denmark. Bavarian Nordic A/S has no parent company, and no public corporation owns 10% of its stock.

DATED:  June 30, 2008

KIRBY NOONAN LANCE & HOGE LLP

HANIFY & KING, P.C.

By: _____
Michael L. Kirby
Attorneys for Bavarian Nordic A/S