KIRBY NOONAN LANCE & HOGE
MICHAEL L. KIRBY, ESQ., SBN 50895
350 TENTH AVENUE, SUITE 1300
SAN DIEGO, CA 92101

TELEPHONE NO.: (619) 231-8666    FOR COURT USE ONLY

ATTORNEY FOR (Name):

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA 92101

PLAINTIFF:
BAVARIAN NORDIC A/S

DEFENDANT:
OXFORD BIOMEDICA

PROOF OF SERVICE

DATE:
TIME:
DEPT/DIV:
CASE NUMBER: 08-CV-1156 L (RBB)

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS;COMPLAINT;CIVIL CASE COVER SHEET;CORPORATE DISCLOSURE STATEMENT;

ON: BIOMEDICA, INC. A DELAWARE CORPORATION

AT 818 W. 7TH STREET
LOS ANGELES, CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MARGARET WILSON, - AGENT FOR SERVICE OF PROCESS

ON: 06/30/2008
AT: 02:45 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $52.50
Registered California process server.
County: LOS ANGELES
Registration No.: 2729
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 1, 2008 at San Diego, California.

Signature: _____
WALTER EAKIN 144769

PROOF OF SERVICE

Order#: 144