Michael L. Kirby (50895)
    mkirby@knlh.com
Julianne Hull (246719)
    jhull@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Plaintiff Bavarian Nordic A/S

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S,<br><br>     Plaintiff,<br><br>     vs.<br><br>OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD, an English private limited company<br><br>     Defendant. | CASE NO. 08-CV 1156 L RBB<br><br>**DECLARATION OF GILLIAN CLAIRE LOUISA JOHNSON**<br><br>**(RE PERSONAL SERVICE OF SUMMONS AND COMPLAINT)**<br><br>JUDGE:    The Hon. M. James Lorenz<br>Action Filed: June 30, 2008 |

KNLH\534059.1

DECLARATION

Declaration of G C L JOHNSON
Declared on 15th Day of July 2008
Filed on behalf of the Plaintiff

**CIVIL CASE No. 08 CV 1156 L RBB**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

<u>**Plaintiff**</u>

**and**

**(1) OXFORD BIOMEDICA PLC**
**(2)  BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

<u>**Defendants**</u>

---

<u>**DECLARATION OF GILLIAN CLAIRE LOUISA JOHNSON**</u>

---

I, Gillian Claire Louisa Johnson of 25 Southampton Buildings, Chancery Lane, London, WC2A 1AL, DECLARE as follows:

1.      I am a solicitor employed by Powell Gilbert LLP, an English firm of solicitors of the above address.

**Oxford Biomedica plc**

2.      On Monday 14 July 2008 at 3:36pm I personally left with Ms Sharon Ryan at The Medawar Centre, Robert Robinson Avenue, Oxford Science Park, Oxford, OX4 4GA (the registered office of Oxford Biomedica plc) in an envelope addressed to Oxford Biomedica plc, The Medawar Centre as aforesaid, copies of the following documentation attached as Exhibit GCLJ-1:

225957

> (a)  A letter from Powell Gilbert LLP marked for the attention of the Company Secretary of Oxford Biomedica plc;
>
> (b)  A copy of the Summons as issued by the United States District Court, Southern District of California; and
>
> (c)  A copy of the Complaint.

**Oxford Biomedica (UK) Ltd**

3.    On Monday 14 July 2008 at 3:36pm I personally left with Ms Sharon Ryan at The Medawar Centre, Robert Robinson Avenue, Oxford Science Park, Oxford, OX4 4GA (the registered office of Oxford Biomedica (UK) Ltd) in an envelope addressed to Oxford Biomedica (UK) Ltd, The Medawar Centre as aforesaid, copies of the following documentation attached as Exhibit GCLJ-2:

> (a)  A letter from Powell Gilbert LLP marked for the attention of the Company Secretary Oxford Biomedica (UK) Ltd;
>
> (b)  A copy of the Summons as issued by the United States District Court, Southern District of California; and
>
> (c)  A copy of the Complaint.

**Service of documents under Article 10(c) of the Hague Convention in the UK**

4.    I understand that Article 10(c) of the Hague Convention of 15 November 1965 on Service Abroad of Judicial and Extrajudicial documents in Civil or Commercial matters (the "Convention") provides as follows:

> "*Provided the State of destination does not object, the present Convention shall not interfere with –*
> *(c) the freedom of any person interested in a judicial proceeding to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination.*"

5.    In providing assistance on the interpretation of a declaration made by the UK on 17 November 1967 in relation to Article 10(c) of the Convention, I understand that the Foreign and Commonwealth Office wrote to the Permanent Bureau in a letter dated 11 September 1980 and stated that:

xxxxx

2

> "*I am happy to confirm that our declaration does not preclude any person in another Contracting State who is interested in judicial proceeding (including his lawyer) from effecting service in the United Kingdom "directly" through a competent person other than a judicial officer or official, e.g., a solicitor*"

## Service under English Law

6.  Rules 6.2 and 6.5 of the English Court's Civil Procedure Rules (CPR) provide that leaving documents at a principal office of a company can constitute valid service of English Court Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*(signature)*

....................................................

Gillian Claire Louisa Johnson

Executed on 15 July 2008

# EXHIBIT 1

Exhibit GCLJ-1
Filed on behalf of the Plaintiff
Declared by: G C L JOHNSON
Declared on: 15th Day of July 2008

**CIVIL CASE No. 08 CV 1156 L RBB**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

<u>**Plaintiff**</u>

**and**

**(1) OXFORD BIOMEDICA PLC**
**(2)  BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

<u>**Defendants**</u>

---

**EXHIBIT GCLJ-1**

---

*GJohnson 15·07·2008*

226104

# Powell Gilbert

Powell Gilbert LLP
25 Southampton Buildings
Chancery Lane
London WC2A 1AL

T    +44 (0)20 3008 8085
F    +44 (0)20 3008 8089
DX   358 London/Chancery Lane

www.powellgilbert.com

Our ref:    GCLJ/ZMB/BAV1.1
Your ref:

14 July 2008

For Attention of the Company Secretary
Oxford Biomedica plc
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford
OX4 4GA

**By Hand**

Dear Sir

**Bavarian Nordic A/S v (1) Oxford Biomedica PLC (2) Biomedica Inc (3) Oxford Biomedica UK Ltd
United States District Court, Southern District of California, Civil Case No. 08 CV 1156 L RBB**

We act for Bavarian Nordic A/S.

Our client has commenced proceedings on 30 June 2008 against you in the United States District Court, Southern District of California, bearing docket number 08 CV 1156 L RBB. By these proceedings, our client claims patent infringement of its following US patents; US 6,761,893 B2; US 6,913,752; and US 7,335,364.

On behalf of our client, we enclose the following:-

1.    A copy of the Summons as issued by the United States District Court, Southern District of California.
2.    A copy of the Complaint.

A courtesy copy of the court papers will also be sent to Edgar H. Haug, Esq. of Frommer Lawrence & Haug LLP, your agents and lawyers in the United States.

Yours faithfully

*Powell Gilbert LLP .*

**Powell Gilbert LLP**

Encs.

223732

Partners
Tim Powell
Penny Gilbert
Simon Ayrton
Zoë Butler
Alex Wilson
Rebecca Lawrence

Powell Gilbert LLP is registered in England and Wales as a limited liability partnership with registered number OC325818. It is regulated by the Solicitors Regulation Authority. The registered office is 25 Southampton Buildings, Chancery Lane, London WC2A 1AL. We use the word partner to refer to a member of Powell Gilbert LLP.

Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 30   AM 8: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNW _____ DEPUTY

ORIGINAL

BAVARIAN NORDIC A/S

PLAINTIFF

vs

OXFORD BIOMEDICA PLC, an
English public limited company;
BIOMEDICA, INC., a Delaware
corporation; and OXFORD
BIOMEDICA (UK) LTD., an English
private limited company

DEFENDANTS

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1156 L RBB

TO: (Name and Address of Defendant)

Oxford Biomedica plc
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford OX4 4GA.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby, Esq., Julianne Hull, Esq.
Kirby Noonan, Lance & Hoge LLP
350 Tenth Avenue, 13th Floor
San Diego, CA 92101

Edward A. Pennington, Esq. (pro hac vice pending)
Hanify & King, PC
1875 K Street, N.W., #707
Washington, D.C. 20006

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.

CLERK

K. HANNERLY

By _____, Deputy Clerk

JUN 3 0 2008

DATE

Summons in a Civil Action

Page 1 of 2

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# EXHIBIT 2

Exhibit GCLJ-2
Filed on behalf of the Plaintiff
Declared by: G C L JOHNSON
Declared on: 15th Day of July 2008

CIVIL CASE No. 08 CV 1156 L RBB

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

**Plaintiff**

**and**

**(1) OXFORD BIOMEDICA PLC**
**(2)  BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

**Defendants**

---

**EXHIBIT GCLJ-2**

---

GJohnson  15·07·2008



Powell
Gilbert

Our ref:    GCLJ/ZMB/BAV1.1
Your ref:

Powell Gilbert LLP
25 Southampton Buildings
Chancery Lane
London WC2A 1AL

T    +44 (0)20 3008 8085
F    +44 (0)20 3008 8089
DX  358 London/Chancery Lane

www.powellgilbert.com

14 July 2008

For Attention of the Company Secretary
Oxford Biomedica UK (Ltd)
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford
OX4 4GA

**By Hand**

Dear Sir

**Bavarian Nordic A/S v (1) Oxford Biomedica PLC (2) Biomedica Inc (3) Oxford Biomedica UK Ltd**
**United States District Court, Southern District of California, Civil Case No. 08 CV 1156 L RBB**

We act for Bavarian Nordic A/S.

Our client has commenced proceedings on 30 June 2008 against you in the United States District Court, Southern District of California, bearing docket number 08 CV 1156 L RBB. By these proceedings, our client claims patent infringement of its following US patents; US 6,761,893 B2; US 6,913,752; and US 7,335,364.

On behalf of our client, we enclose the following:-

1.    A copy of the Summons as issued by the United States District Court, Southern District of California.
2.    A copy of the Complaint.

A courtesy copy of the court papers will also be sent to Edgar H. Haug, Esq. of Frommer Lawrence & Haug LLP, your agents and lawyers in the United States.

Yours faithfully

*Powell Gilbert LLP*

**Powell Gilbert LLP**

Encs.

Partners
Tim Powell
Penny Gilbert
Simon Ayrton
Zoë Butler
Alex Wilson
Rebecca Lawrence

Powell Gilbert LLP is registered in England and Wales as a limited liability partnership with registered number OC325818. It is regulated by the Solicitors Regulation Authority. The registered office is 25 Southampton Buildings, Chancery Lane, London WC2A 1AL. We use the word partner to refer to a member of Powell Gilbert LLP.

223857

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 30  AM 8: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ *VNW* _____ DEPUTY

BAVARIAN NORDIC A/S

*PLAINTIFF*

vs

OXFORD BIOMEDICA PLC, an
English public limited company;
BIOMEDICA, INC., a Delaware
corporation; and OXFORD
BIOMEDICA (UK) LTD., an English
private limited company

*DEFENDANTS*

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 1156 L RBB**

TO: (Name and Address of Defendant)

Oxford Biomedica (UK) Ltd
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford, OX4 4GA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby, Esq., Julianne Hull, Esq.
Kirby Noonan, Lance & Hoge LLP
350 Tenth Avenue, 13th Floor
San Diego, CA 92101

Edward A. Pennington, Esq. (pro hac vice pending)
Hanify & King, PC
1875 K Street, N.W., #707
Washington, D.C. 20006

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JUN 3 0 2008

CLERK

DATE

K. HARTLEY

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Michael L. Kirby (50895)
   mkirby@knlh.com
Julianne Hull (246719)
   jhull@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California  92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Plaintiff Bavarian Nordic A/S

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S,<br><br>            Plaintiff,<br><br>      vs.<br><br>OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD, an English private limited company<br><br>            Defendant. | CASE NO. 08-CV 1156 L RBB<br><br>**DECLARATION OF GILLIAN CLAIRE LOUISA JOHNSON**<br><br>**(RE PERSONAL SERVICE OF SUMMONS AND COMPLAINT)**<br><br>JUDGE:      The Hon. M. James Lorenz<br>Action Filed: June 30, 2008 |

KNLH\534059.1

Declaration of G C L JOHNSON
Declared on 15th Day of July 2008
Filed on behalf of the Plaintiff

**CIVIL CASE No. 08 CV 1156 L RBB**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

<u>**Plaintiff**</u>

**and**

**(1) OXFORD BIOMEDICA PLC**
**(2)  BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

<u>**Defendants**</u>

---

### DECLARATION OF GILLIAN CLAIRE LOUISA JOHNSON

---

I, Gillian Claire Louisa Johnson of 25 Southampton Buildings, Chancery Lane, London, WC2A 1AL, DECLARE as follows:

1.      I am a solicitor employed by Powell Gilbert LLP, an English firm of solicitors of the above address.

**Oxford Biomedica plc**

2.      On Monday 14 July 2008 at 3:36pm I personally left with Ms Sharon Ryan at The Medawar Centre, Robert Robinson Avenue, Oxford Science Park, Oxford, OX4 4GA (the registered office of Oxford Biomedica plc) in an envelope addressed to Oxford Biomedica plc, The Medawar Centre as aforesaid, copies of the following documentation attached as Exhibit GCLJ-1:

      (a)     A letter from Powell Gilbert LLP marked for the attention of the Company Secretary of Oxford Biomedica plc;

      (b)     A copy of the Summons as issued by the United States District Court, Southern District of California; and

      (c)     A copy of the Complaint.

**Oxford Biomedica (UK) Ltd**

3.     On Monday 14 July 2008 at 3:36pm I personally left with Ms Sharon Ryan at The Medawar Centre, Robert Robinson Avenue, Oxford Science Park, Oxford, OX4 4GA (the registered office of Oxford Biomedica (UK) Ltd) in an envelope addressed to Oxford Biomedica (UK) Ltd, The Medawar Centre as aforesaid, copies of the following documentation attached as Exhibit GCLJ-2:

      (a)     A letter from Powell Gilbert LLP marked for the attention of the Company Secretary Oxford Biomedica (UK) Ltd;

      (b)     A copy of the Summons as issued by the United States District Court, Southern District of California; and

      (c)     A copy of the Complaint.

**Service of documents under Article 10(c) of the Hague Convention in the UK**

4.     I understand that Article 10(c) of the Hague Convention of 15 November 1965 on Service Abroad of Judicial and Extrajudicial documents in Civil or Commercial matters (the "Convention") provides as follows:

"*Provided the State of destination does not object, the present Convention shall not interfere with –*
*(c) the freedom of any person interested in a judicial proceeding to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination.*"

5.     In providing assistance on the interpretation of a declaration made by the UK on 17 November 1967 in relation to Article 10(c) of the Convention, I understand that the Foreign and Commonwealth Office wrote to the Permanent Bureau in a letter dated 11 September 1980 and stated that:

2

xxxxx

> *"I am happy to confirm that our declaration does not preclude any person in another Contracting State who is interested in judicial proceeding (including his lawyer) from effecting service in the United Kingdom "directly" through a competent person other than a judicial officer or official, e.g., a solicitor"*

**Service under English Law**

6.      Rules 6.2 and 6.5 of the English Court's Civil Procedure Rules (CPR) provide that leaving documents at a principal office of a company can constitute valid service of English Court Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
..............................................
Gillian Claire Louisa Johnson
Executed on 15 July 2008

xxxxx

3

# EXHIBIT 1

Exhibit GCLJ-1
Filed on behalf of the Plaintiff
Declared by: G C L JOHNSON
Declared on: 15th Day of July 2008

**CIVIL CASE No. 08 CV 1156 L RBB**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

<u>**Plaintiff**</u>

**and**

**(1) OXFORD BIOMEDICA PLC**
**(2)  BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

<u>**Defendants**</u>

---

**EXHIBIT GCLJ-1**

---

*Gjohnson 15·07·2008*

226104



Our ref:    GCLJ/ZMB/BAV1.1
Your ref:

Powell Gilbert LLP
25 Southampton Buildings
Chancery Lane
London WC2A 1AL

T    +44 (0)20 3008 8085
F    +44 (0)20 3008 8089
DX  358 London/Chancery Lane

www.powellgilbert.com

14 July 2008

For Attention of the Company Secretary
Oxford Biomedica plc
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford
OX4 4GA

**By Hand**

Dear Sir

**Bavarian Nordic A/S v (1) Oxford Biomedica PLC (2) Biomedica Inc (3) Oxford Biomedica UK Ltd**
**United States District Court, Southern District of California, Civil Case No. 08 CV 1156 L RBB**

We act for Bavarian Nordic A/S.

Our client has commenced proceedings on 30 June 2008 against you in the United States District Court, Southern District of California, bearing docket number 08 CV 1156 L RBB. By these proceedings, our client claims patent infringement of its following US patents; US 6,761,893 B2; US 6,913,752; and US 7,335,364.

On behalf of our client, we enclose the following:-

1.    A copy of the Summons as issued by the United States District Court, Southern District of California.
2.    A copy of the Complaint.

A courtesy copy of the court papers will also be sent to Edgar H. Haug, Esq. of Frommer Lawrence & Haug LLP, your agents and lawyers in the United States.

Yours faithfully

*Powell Gilbert LLP.*

**Powell Gilbert LLP**

Encs.

Partners
Tim Powell
Penny Gilbert
Simon Ayrton
Zoë Butler
Alex Wilson
Rebecca Lawrence

Powell Gilbert LLP is registered in England and Wales as a limited liability partnership with registered number OC325818. It is regulated by the Solicitors Regulation Authority. The registered office is 25 Southampton Buildings, Chancery Lane, London WC2A 1AL. We use the word partner to refer to a member of Powell Gilbert LLP.

223732

Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 30   AM 8: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

BAVARIAN NORDIC A/S

**PLAINTIFF**

vs

OXFORD BIOMEDICA PLC, an
English public limited company;
BIOMEDICA, INC., a Delaware
corporation; and OXFORD
BIOMEDICA (UK) LTD., an English
private limited company

**DEFENDANTS**

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1156 L RBB

TO: (Name and Address of Defendant)

Oxford Biomedica plc
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford OX4 4GA.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby, Esq., Julianne Hull, Esq.
Kirby Noonan, Lance & Hoge LLP
350 Tenth Avenue, 13th Floor
San Diego, CA 92101

Edward A. Pennington, Esq. (pro hac vice pending)
Hanify & King, PC
1875 K Street, N.W., #707
Washington, D.C. 20006

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

K. HARMERLY

By _____ , Deputy Clerk

JUN 3 0 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ORIGINAL

# EXHIBIT 2

Exhibit GCLJ-2
Filed on behalf of the Plaintiff
Declared by: G C L JOHNSON
Declared on: 15th Day of July 2008

CIVIL CASE No. 08 CV 1156 L RBB

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

**Plaintiff**

**and**

**(1) OXFORD BIOMEDICA PLC**
**(2)  BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

**Defendants**

---

**EXHIBIT GCLJ-2**

---

GJohnson  15·07·2008

226104



Powell Gilbert LLP
25 Southampton Buildings
Chancery Lane
London WC2A 1AL

T    +44 (0)20 3008 8085
F    +44 (0)20 3008 8089
DX   358 London/Chancery Lane

www.powellgilbert.com

Our ref:    GCLJ/ZMB/BAV1.1
Your ref:

14 July 2008

For Attention of the Company Secretary
Oxford Biomedica UK (Ltd)
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford
OX4 4GA

**By Hand**

Dear Sir

**Bavarian Nordic A/S v (1) Oxford Biomedica PLC (2) Biomedica Inc (3)
Oxford Biomedica UK Ltd
United States District Court, Southern District of California, Civil Case
No. 08 CV 1156 L RBB**

We act for Bavarian Nordic A/S.

Our client has commenced proceedings on 30 June 2008 against you in the
United States District Court, Southern District of California, bearing docket
number 08 CV 1156 L RBB. By these proceedings, our client claims patent
infringement of its following US patents; US 6,761,893 B2; US 6,913,752; and
US 7,335,364.

On behalf of our client, we enclose the following:-

1.    A copy of the Summons as issued by the United States District Court,
      Southern District of California.
2.    A copy of the Complaint.

A courtesy copy of the court papers will also be sent to Edgar H. Haug, Esq. of
Frommer Lawrence & Haug LLP, your agents and lawyers in the United
States.

Yours faithfully

*Powell Gilbert LLP*

**Powell Gilbert LLP**

Encs.

223857

Partners
Tim Powell
Penny Gilbert
Simon Ayrton
Zoë Butler
Alex Wilson
Rebecca Lawrence

Powell Gilbert LLP is registered in
England and Wales as a limited liability
partnership with registered number
OC325818. It is regulated by the
Solicitors Regulation Authority. The
registered office is 25 Southampton
Buildings, Chancery Lane, London WC2A
1AL. We use the word partner to refer to
a member of Powell Gilbert LLP.

Summons in a Civil Action (Rev 11/97)

**FILED**

## United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 30  AM 8: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ *KNK* _____DEPUTY

BAVARIAN NORDIC A/S

*PLAINTIFF*

vs

OXFORD BIOMEDICA PLC, an
English public limited company;
BIOMEDICA, INC., a Delaware
corporation; and OXFORD
BIOMEDICA (UK) LTD., an English
private limited company

*DEFENDANTS*

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 1156 L RBB**

TO: (Name and Address of Defendant)

Oxford Biomedica (UK) Ltd
The Medawar Centre
Robert Robinson Avenue
Oxford Science Park
Oxford, OX4 4GA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby, Esq., Julianne Hull, Esq.
Kirby Noonan, Lance & Hoge LLP
350 Tenth Avenue, 13th Floor
San Diego, CA 92101

Edward A. Pennington, Esq. (pro hac vice pending)
Hanify & King, PC
1875 K Street, N.W., #707
Washington, D.C. 20006

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JUN 3 0 2008

CLERK

K. HAMRICK

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)