Michael L. Kirby (50895)
mkirby@knlh.com
Julianne Hull (246719)
jhull@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Plaintiff Bavarian Nordic A/S

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S,<br><br>          Plaintiff,<br><br>     vs.<br><br>OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD, an English private limited company<br><br>          Defendant. | CASE NO. 08-CV 1156 L RBB<br><br>**DECLARATION OF GILLIAN CLAIRE LOUISA JOHNSON**<br><br>**(RE PERSONAL SERVICE OF SUMMONS AND COMPLAINT)**<br><br>JUDGE:     The Hon. M. James Lorenz<br>Action Filed: June 30, 2008 |

KNLH\534059.1

DECLARATION

Declaration of G C L JOHNSON
Declared on 15th Day of July 2008
Filed on behalf of the Plaintiff

**CIVIL CASE No. 08 CV 1156 L RBB**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**B E T W E E N**

**BAVARIAN NORDIC A/S**

**Plaintiff**

and

**(1) OXFORD BIOMEDICA PLC**
**(2) BIOMEDICA, INC.**
**(3) OXFORD BIOMEDICA (UK) LTD**

**Defendants**

---

### DECLARATION OF GILLIAN CLAIRE LOUISA JOHNSON

---

I, Gillian Claire Louisa Johnson of 25 Southampton Buildings, Chancery Lane, London, WC2A 1AL, DECLARE as follows:

1. I am a solicitor employed by Powell Gilbert LLP, an English firm of solicitors of the above address.

**Oxford Biomedica plc**

2. On Monday 14 July 2008 at 3:36pm I personally left with Ms Sharon Ryan at The Medawar Centre, Robert Robinson Avenue, Oxford Science Park, Oxford, OX4 4GA (the registered office of Oxford Biomedica plc) in an envelope addressed to Oxford Biomedica plc, The Medawar Centre as aforesaid, copies of the following documentation attached as Exhibit GCLJ-1:

225957

    (a)    A letter from Powell Gilbert LLP marked for the attention of the Company Secretary of Oxford Biomedica plc;

    (b)    A copy of the Summons as issued by the United States District Court, Southern District of California; and

    (c)    A copy of the Complaint.

**Oxford Biomedica (UK) Ltd**

3. On Monday 14 July 2008 at 3:36pm I personally left with Ms Sharon Ryan at The Medawar Centre, Robert Robinson Avenue, Oxford Science Park, Oxford, OX4 4GA (the registered office of Oxford Biomedica (UK) Ltd) in an envelope addressed to Oxford Biomedica (UK) Ltd, The Medawar Centre as aforesaid, copies of the following documentation attached as Exhibit GCLJ-2:

    (a)    A letter from Powell Gilbert LLP marked for the attention of the Company Secretary Oxford Biomedica (UK) Ltd;

    (b)    A copy of the Summons as issued by the United States District Court, Southern District of California; and

    (c)    A copy of the Complaint.

**Service of documents under Article 10(c) of the Hague Convention in the UK**

4. I understand that Article 10(c) of the Hague Convention of 15 November 1965 on Service Abroad of Judicial and Extrajudicial documents in Civil or Commercial matters (the "Convention") provides as follows:

*"Provided the State of destination does not object, the present Convention shall not interfere with –*
*(c) the freedom of any person interested in a judicial proceeding to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination."*

5. In providing assistance on the interpretation of a declaration made by the UK on 17 November 1967 in relation to Article 10(c) of the Convention, I understand that the Foreign and Commonwealth Office wrote to the Permanent Bureau in a letter dated 11 September 1980 and stated that:

2

xxxxx

> "I am happy to confirm that our declaration does not preclude any person in another Contracting State who is interested in judicial proceeding (including his lawyer) from effecting service in the United Kingdom "directly" through a competent person other than a judicial officer or official, e.g., a solicitor"

**Service under English Law**

6.  Rules 6.2 and 6.5 of the English Court's Civil Procedure Rules (CPR) provide that leaving documents at a principal office of a company can constitute valid service of English Court Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Gillian Claire Louisa Johnson
Executed on 15 July 2008

xxxxx

3