RICHARD T. MULLOY (Bar No. 199278)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-3697
Tel: 619.699.4787
Fax: 619.699.2701
E-mail: richard.mulloy@dlapiper.com

EDGAR H. HAUG
THOMAS J. KOWALSKI
VICKI FRANKS
ANNE-MARIE C. YVON
GINA M. BASSI
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Attorneys for Defendants
OXFORD BIOMEDICA PLC,
BIOMEDICA, INC., AND
OXFORD BIOMEDICA (UK) LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company,<br><br>　　　　Defendants. | CV NO. 08 CV 1156 L (RBB)<br><br>***EX PARTE* APPLICATION TO EXTEND TIME FOR DEFENDANTS OXFORD BIOMEDICA PLC, BIOMEDICA, INC., AND OXFORD BIOMEDICA (UK) LTD. TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. M. James Lorenz<br>Magistrate Judge: Hon. Ruben B. Brooks<br><br>Complaint: June 30, 2008 |

Defendants Oxford BioMedica Plc, BioMedica, Inc., and Oxford BioMedica (UK) Ltd. (collectively, "Defendants") respectfully request an extension of time until August 20, 2008 for all three Defendants to respond to the complaint. Plaintiff Bavarian Nordic A/S ("Plaintiff") does not oppose Defendants' request.

Plaintiff endeavored service of the complaint on defendant BioMedica, Inc on June 30, 2008. Assuming, without admitting, that service was correctly effectuated, the deadline for BioMedica Inc.'s response to the complaint is July 21, 2008. On July 14, 2008, Plaintiff delivered the complaint by hand to defendants Oxford BioMedica plc and Oxford BioMedica (UK) Ltd. Assuming proper service without so admitting, the deadline for Oxford BioMedica plc and Oxford BioMedica (UK) Ltd. to respond to the complaint is August 4, 2008.

Counsel for Defendants has spoken with counsel for Plaintiff. Plaintiff does not oppose Defendants' request to extend the deadline for each of the Defendants to respond to the complaint until August 20, 2008. (*See* Declaration of Richard T. Mulloy, ¶ 2.)

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' request for an extension of the time until August 20, 2008 for all Defendants to respond to the complaint.

Dated: July 18, 2008

Respectfully submitted,

**DLA PIPER US LLP**

By: *s/ Richard T. Mulloy*
RICHARD T. MULLOY
richard.mulloy@dlapiper.com
Attorneys for Defendants
Oxford BioMedica plc, BioMedica, Inc., and
Oxford BioMedica (UK) Ltd.

OF COUNSEL:

EDGAR H. HAUG (ehaug@flhlaw.com)
THOMAS J. KOWALSKI (tkowalski@flhlaw.com)
VICKI FRANKS (vfranks@flhlaw.com)
ANNE-MARIE C. YVON (ayvon@flhlaw.com)
GINA M. BASSI (gbassi@flhlaw.com)
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

# PROOF OF SERVICE

*BAVARIAN NORDIC A/S v. OXFORD BIOMEDICA, PLD, et al.*

**Case No. 08 CV 1156 L (RBB)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, CA 92101-42907. I hereby certify that on July 18, 2008, I caused the following document(s) to be electronically filed with the Clerk of the Court and served on all parties to this action using the CM/ECF system:

- ***EX PARTE* APPLICATION TO EXTEND TIME FOR OXFORD BIOMEDICA PLC, BIOMEDICA, INC., AND OXFORD BIOMEDICA (UK) LTD. TO RESPOND TO COMPLAINT**

- **DECLARATION OF RICHARD T. MULLOY IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND TIME FOR OXFORD BIOMEDICA PLC, BIOMEDICA, INC., AND OXFORD BIOMEDICA (UK) LTD. TO RESPOND TO COMPLAINT**

| | |
|---|---|
| **Michael L Kirby**<br>Kirby Noonan Lance and Hoge LLP<br>Diamond View Towers<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101<br>(619)231-8666<br>Fax: (619)231-9593<br>Email: mkirby@knlh.com | ☒ Via CM/ECF<br>☐ Via Email (PDF)<br>☐ Via First Class Mail<br>☐ Via Overnight Mail<br>☐ Via Hand Delivery<br>☐ Overnight Mail<br>☐ Via Facsimile |
| **Christopher M. Morrison**<br>**David C. Kravitz**<br>**Theodore J. Folkman**<br>Hanify & King PC<br>One Beacon Street<br>Boston, MA 02108<br>(617)423-0400<br>Fax: (617)423-0498<br>Email: cmm@hanify.com<br>Email: dck@hanify.com<br>Email: tjf@hanify.com | ☒ Via CM/ECF<br>☐ Via Email (PDF)<br>☐ Via First Class Mail<br>☐ Via Overnight Mail<br>☐ Via Hand Delivery<br>☐ Overnight Mail<br>☐ Via Facsimile |

/////

/////

/////

1  I declare that I am employed in the office of a member of the Bar of or permitted to practice
2  before this Court at whose direction the service was made.
3   Executed on July 18, 2008, at San Diego, California.

4  *[signature]*
5                                   Virginia R. Gomez

| | |
|---|---|
| 1 | RICHARD T. MULLOY (Bar No. 199278) |
|   | DLA PIPER US LLP |
| 2 | 401 B Street, Suite 1700 |
|   | San Diego, CA 92101-3697 |
| 3 | Tel: 619.699.4787 |
|   | Fax: 619.699.2701 |
| 4 | E-mail: richard.mulloy@dlapiper.com |

EDGAR H. HAUG
THOMAS J. KOWALSKI
VICKI FRANKS
ANNE-MARIE C. YVON
GINA M. BASSI
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Attorneys for Defendants
OXFORD BIOMEDICA PLC,
BIOMEDICA, INC., AND
OXFORD BIOMEDICA (UK) LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S, | CV NO. 08 CV 1156 L (RBB) |
| Plaintiff, | **DECLARATION OF RICHARD T. MULLOY IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND TIME FOR DEFENDANTS OXFORD BIOMEDICA PLC, BIOMEDICA, INC., AND OXFORD BIOMEDICA (UK) LTD. TO RESPOND TO COMPLAINT** |
| v. | |
| OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company, | |
| | Judge: Hon. M. James Lorenz |
| | Magistrate Judge: Hon. Ruben B. Brooks |
| Defendants. | Complaint: June 30, 2008 |

I, Richard T. Mulloy, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and am a partner with the law firm of DLA Piper US LLP, counsel for defendants Oxford BioMedica Plc, BioMedica, Inc. and Oxford BioMedica (UK) Ltd. (collectively, "Defendants") in this action.

1  2.  On July 18, 2008, I spoke with Julianne Hull, Esq., counsel for plaintiff Bavarian Nordic A/S ("Plaintiff"), regarding Defendants' *ex parte* application for an extension of time until August 20, 2008 to respond to Plaintiff's complaint.  Ms. Hull stated that Plaintiff does not oppose Defendants' request.

I declare under penalty of perjury under laws of the State of California and the United States of America that the foregoing is true and correct

Executed in San Diego, California on July 18, 2008.

                    By:  *s/ Richard T. Mulloy*
                        RICHARD T. MULLOY
                        DLA PIPER US LLP
                        richard.mulloy@dlapiper.com
                        Attorneys for Defendants
                        Oxford BioMedica plc, BioMedica, Inc., and
                        Oxford BioMedica (UK) Ltd.