UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company,<br><br>　　　　Defendants. | CV NO.  08 CV 1156 L (RBB)<br><br>**ORDER GRANTING DEFENDANTS OXFORD BIOMEDICA PLC, BIOMEDICA, INC. AND OXFORD BIOMEDICA (UK) LTD.'S** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[doc. #11] |

Upon *ex parte* application by defendants Oxford BioMedica plc, BioMedica, Inc. and Oxford BioMedica (UK) Ltd., and plaintiff having no objection thereto, IT IS ORDERED that the last day for each of the defendants, Oxford BioMedica plc, BioMedica, Inc. and Oxford BioMedica (UK) Ltd., to answer or otherwise respond to the complaint will be August 20, 2008.

**IT IS SO ORDERED.**

Dated:  July 21, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE M. JAMES LORENZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

COPIES TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

DLA PIPER US LLP
SAN DIEGO

WEST\21473651.1

-1-

CV NO.  08 CV 1156 L (RBB)