1  RICHARD T. MULLOY (Bar No. 199278)
   **DLA PIPER US LLP**
2  401 B Street, Suite 1700
   San Diego, CA  92101-4297
3  richard.mulloy@dlapiper.com
   Tel:  619.699.2700
4  Fax:  619.699.2701

5  EDGAR H. HAUG (*Pro Hac Vice*)
   ehaug@flhlaw.com
6  THOMAS J. KOWALSKI (*Pro Hac Vice*)
   tkowalski@flhlaw.com
7  VICKI FRANKS (*Pro Hac Vice)*
   vfranks@flhlaw.com
8  GINA M. BASSI (*Pro Hac Vice*)
   gbassi@flhlaw.com
9  ANNE-MARIE C. YVON (*Pro Hac Vice*)
   ayvon@flhlaw.com
10 **FROMMER LAWRENCE & HAUG LLP**
   745 Fifth Avenue, New York, New York 10151
11 Telephone:  (212) 588-0800
   Facsimile:  (212) 588-0500
12
   Attorneys for Defendants,
13 OXFORD BIOMEDICA PLC,
   BIOMEDICA, INC., and
14 OXFORD BIOMEDICA (UK) LTD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S., | CASE NO. 08cv1156-L-RBB |
| Plaintiff, | |
| vs. | **DEFENDANT BIOMEDICA, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| OXFORD BIOMEDICA PLC, BIOMEDICA, INC., and OXFORD BIOMEDICA (UK) LTD., | Complaint Filed: June 30, 2008 |
| Defendants. | Judge:  The Hon. M. James Lorenz |

1     Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant BioMedica, Inc. ("BioMedica") hereby identifies its parent corporation, Oxford BioMedica plc. No publicly held corporation owns 10% or more of BioMedica's stock.

Dated: August 18, 2008      DLA PIPER US LLP

By:    s/ *Richard T. Mulloy*
      Richard T. Mulloy
      Attorneys for Defendants,
      OXFORD BIOMEDICA PLC,
      BIOMEDICA, INC., and
      OXFORD BIOMEDICA (UK) LTD.

OF COUNSEL:

Edgar H. Haug (*PRO HAC VICE*)
EHAUG@FLHLAW.COM
Thomas J. Kowalski (*PRO HAC VICE*)
TKOWALSKI@FLHLAW.COM
Vicki Franks (*PRO HAC VICE*)
VFRANKS@FLHLAW.COM
Gina M. Bassi (*PRO HAC VICE*)
GBASSI@FLHLAW.*COM*
Anne-Marie C. Yvon (*PRO HAC VICE*)
AYVON@FLHLAW.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Attorneys for Defendants,
OXFORD BIOMEDICA PLC,
BIOMEDICA, INC., and
OXFORD BIOMEDICA (UK) LTD.

| | |
|---|---|
| 1 | RICHARD T. MULLOY (Bar No. 199278) |
| | DLA PIPER US LLP |
| 2 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-3697 |
| 3 | Tel: 619.699.4787 |
| | Fax: 619.699.2701 |
| 4 | E-mail: richard.mulloy@dlapiper.com |
| 5 | EDGAR H. HAUG |
| | THOMAS J. KOWALSKI |
| 6 | VICKI FRANKS |
| | ANNE-MARIE C. YVON |
| 7 | GINA M. BASSI |
| | FROMMER LAWRENCE & HAUG LLP |
| 8 | 745 Fifth Avenue |
| | New York, NY 10151 |
| 9 | Tel: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| 10 | |
| 11 | Attorneys for Defendants |
| | OXFORD BIOMEDICA PLC, |
| | BIOMEDICA, INC., AND |
| 12 | OXFORD BIOMEDICA (UK) LTD. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S, | CV NO. 08 CV 1156 L (RBB) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Judge: Hon. M. James Lorenz |
| OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company, | Magistrate Judge: Hon. Ruben B. Brooks |
| | Complaint: June 30, 2008 |
| Defendants. | |

# PROOF OF SERVICE

### *BAVARIAN NORDIC A/S v. OXFORD BIOMEDICA, PLD, et al.*

### Case No. 08 CV 1156 L (RBB)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, CA 92101-42907. I hereby certify that on August 18, 2008, I caused the following document(s) to be electronically filed with the Clerk of the Court and served on all parties to this action using the CM/ECF system:

- **DEFENDANT BIOMEDICA, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

| | |
|---|---|
| **Michael L Kirby**<br>Kirby Noonan Lance and Hoge LLP<br>Diamond View Towers<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101<br>(619)231-8666<br>Fax: (619)231-9593<br>Email: mkirby@knlh.com | ☒ Via CM/ECF<br>☐ Via Email (PDF)<br>☐ Via First Class Mail<br>☒ Via Overnight Mail<br>☐ Via Hand Delivery<br>☐ Overnight Mail<br>☐ Via Facsimile |
| **Christopher M. Morrison**<br>**David C. Kravitz**<br>**Theodore J. Folkman**<br>Hanify & King PC<br>One Beacon Street<br>Boston, MA 02108<br>(617)423-0400<br>Fax: (617)423-0498<br>Email: cmm@hanify.com<br>Email: dck@hanify.com<br>Email: tjf@hanify.com | ☒ Via CM/ECF<br>☐ Via Email (PDF)<br>☐ Via First Class Mail<br>☒ Via Overnight Mail<br>☐ Via Hand Delivery<br>☐ Overnight Mail<br>☐ Via Facsimile |

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 18, 2008, at San Diego, California.

*Virginia R. Gomez*
Virginia R. Gomez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA PIPER US LLP
SAN DIEGO

WEST\21473726.1

-3-

CV NO.  08 CV 1156 L (RBB)