| | |
|---|---|
| 1 | RICHARD T. MULLOY (Bar No. 199278) |
|   | **DLA PIPER US LLP** |
| 2 | 401 B Street, Suite 1700 |
|   | San Diego, CA  92101-4297 |
| 3 | richard.mulloy@dlapiper.com |
|   | Tel:  619.699.2700 |
| 4 | Fax:  619.699.2701 |
| 5 | EDGAR H. HAUG (*Pro Hac Vice*) |
|   | ehaug@flhlaw.com |
| 6 | THOMAS J. KOWALSKI (*Pro Hac Vice*) |
|   | tkowalski@flhlaw.com |
| 7 | VICKI FRANKS (*Pro Hac Vice)* |
|   | vfranks@flhlaw.com |
| 8 | GINA M. BASSI (*Pro Hac Vice*) |
|   | gbassi@flhlaw.com |
| 9 | ANNE-MARIE C. YVON (*Pro Hac Vice*) |
|   | ayvon@flhlaw.com |
| 10 | **FROMMER LAWRENCE & HAUG LLP** |
|    | 745 Fifth Avenue, New York, New York 10151 |
| 11 | Telephone:  (212) 588-0800 |
|    | Facsimile:  (212) 588-0500 |
| 13 | Attorneys for Defendants, |
|    | OXFORD BIOMEDICA PLC, |
|    | BIOMEDICA, INC., and |
| 14 | OXFORD BIOMEDICA (UK) LTD. |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAVARIAN NORDIC A/S., | CASE NO. 08cv1156-L-RBB |
| Plaintiff, | |
| vs. | **DEFENDANT OXFORD BIOMEDICA PLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| OXFORD BIOMEDICA PLC, BIOMEDICA, INC., and OXFORD BIOMEDICA (UK) LTD., | Complaint Filed:  June 30, 2008 |
| Defendants. | Judge:  The Hon. M. James Lorenz |

DLA PIPER US LLP
SAN DIEGO

WEST\21495933.1
354423-000002

CASE NO. 08-CV-01156-L-RBB

1     Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant Oxford BioMedica plc ("OXB") hereby states that it has no corporate parent and no publicly held corporation owns 10% or more of OXB's stock.

    OXB identifies M&G Investment Management Limited (UK) ("M&G") as owning more than 10% of OXB's stock as of July 31, 2008. OXB understands that M&G is owned by Prudential plc, a public limited company in the United Kingdom.

Dated:   August 18, 2008        DLA PIPER US LLP

By:   s/ *Richard T. Mulloy*
Richard T. Mulloy
Attorneys for Defendants,
OXFORD BIOMEDICA PLC,
BIOMEDICA, INC., and
OXFORD BIOMEDICA (UK) LTD.

OF COUNSEL:

Edgar H. Haug (*PRO HAC VICE*)
EHAUG@FLHLAW.COM
Thomas J. Kowalski (*PRO HAC VICE*)
TKOWALSKI@FLHLAW.COM
Vicki Franks (*PRO HAC VICE*)
VFRANKS@FLHLAW.COM
Gina M. Bassi (*PRO HAC VICE*)
GBASSI@FLHLAW.*COM*
Anne-Marie C. Yvon (*PRO HAC VICE*)
AYVON@FLHLAW.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Attorneys for Defendants,
OXFORD BIOMEDICA PLC,
BIOMEDICA, INC., and
OXFORD BIOMEDICA (UK) LTD.

1  RICHARD T. MULLOY (Bar No. 199278)
   DLA PIPER US LLP
2  401 B Street, Suite 1700
   San Diego, CA 92101-3697
3  Tel: 619.699.4787
   Fax: 619.699.2701
4  E-mail: richard.mulloy@dlapiper.com

5  EDGAR H. HAUG
   THOMAS J. KOWALSKI
6  VICKI FRANKS
   ANNE-MARIE C. YVON
7  GINA M. BASSI
   FROMMER LAWRENCE & HAUG LLP
8  745 Fifth Avenue
   New York, NY 10151
9  Tel: (212) 588-0800
   Fax: (212) 588-0500
10
   Attorneys for Defendants
11 OXFORD BIOMEDICA PLC,
   BIOMEDICA, INC., AND
12 OXFORD BIOMEDICA (UK) LTD.

13

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  BAVARIAN NORDIC A/S, | CV NO. 08 CV 1156 L (RBB) |
| 17         Plaintiff, | **PROOF OF SERVICE** |
| 18     v. | Judge: Hon. M. James Lorenz<br>Magistrate Judge: Hon. Ruben B. Brooks |
| 19  OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company, | Complaint: June 30, 2008 |
| 22         Defendants. | |

# PROOF OF SERVICE

## *BAVARIAN NORDIC A/S v. OXFORD BIOMEDICA, PLD, et al.*

## Case No. 08 CV 1156 L (RBB)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, CA 92101-42907.  I hereby certify that on August 18, 2008, I caused the following document(s) to be electronically filed with the Clerk of the Court and served on all parties to this action using the CM/ECF system:

- **DEFENDANT OXFORD BIOMEDICA PLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

| | |
|---|---|
| **Michael L Kirby**<br>Kirby Noonan Lance and Hoge LLP<br>Diamond View Towers<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101<br>(619)231-8666<br>Fax: (619)231-9593<br>Email: mkirby@knlh.com | ☒ Via CM/ECF<br>☐ Via Email (PDF)<br>☐ Via First Class Mail<br>☒ Via Overnight Mail<br>☐ Via Hand Delivery<br>☐ Overnight Mail<br>☐ Via Facsimile |
| **Christopher M. Morrison**<br>**David C. Kravitz**<br>**Theodore J. Folkman**<br>Hanify & King PC<br>One Beacon Street<br>Boston, MA 02108<br>(617)423-0400<br>Fax: (617)423-0498<br>Email: cmm@hanify.com<br>Email: dck@hanify.com<br>Email: tjf@hanify.com | ☒ Via CM/ECF<br>☐ Via Email (PDF)<br>☐ Via First Class Mail<br>☒ Via Overnight Mail<br>☐ Via Hand Delivery<br>☐ Overnight Mail<br>☐ Via Facsimile |

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 18, 2008, at San Diego, California.

*Virginia R. Gomez*
Virginia R. Gomez