Michael L. Kirby (50895)
mkirby@knlh.com
Julianne Hull (246719)
jhull@knlh.com
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Edward A. Pennington
HANIFY & KING, PC.
1875 K Street, N.W., Suite 707
Washington, D.C. 20006
(202) 403-210
eap@hanify.com

Theodore J. Folkman
Christopher M. Morrison )
David C. Kravitz
HANIFY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400
tjf(@hanify.com, cmm@hanify.com, dck@hanifyi.com

Li Westerlund (SBN 222716)
BAVARIAN NORDIC, INC.
2900 K Street, N.W., Suite 501
Washington, D.C. 20007
(202) 536-1581
li.westerlund@bavarian-nordic.com

Attorneys for Plaintiff Bavarian Nordic A/S

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAVARIAN NORDIC A/S,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OXFORD BIOMEDICA PLC, an English public limited company; BIOMEDICA, INC., a Delaware corporation; and OXFORD BIOMEDICA (UK) LTD., an English private limited company<br><br>　　　　Defendants | CASE NO. 08cv1156-L-RBB<br><br>**PLAINTIFF BAVARIAN NORDIC A/S' EX PARTE MOTION FOR LEAVE TO CONDUCT DISCOVERY RELATED TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge: Hon. Ruben B. Brooks<br><br>Action Filed: June 30, 2008 |

KNLH\542167.1

Case No. 08-CV-1156-L-RBB
PLAINTIFF'S EX PARTE MOTION FOR DISCOVERY

Plaintiff Bavarian Nordic A/S ("Bavarian Nordic") hereby moves this Court for an order allowing Bavarian Nordic to commence discovery immediately on issues relevant to the motions to dismiss filed by the defendants, including the taking of the depositions of Peter Nolan and Jill Martin, who provided declarations in support of defendants' motions to dismiss, and for leave to serve a request for production of documents that requires production of responsive documents within fifteen days of the date of its service. As discussed in further detail in the accompanying memorandum of points and authorities, good cause exists to grant Bavarian Nordic's motion because defendants' motions to dismiss raise issues outside of the pleadings. Thus, Bavarian Nordic should be permitted to commence discovery on such issues before having to respond to the Rule 12(b)(1) motions brought by defendants.

This ex parte motion is based on this Motion, the Memorandum of Points and Authorities in Support of the Motion, the supporting declarations of Theodore J. Folkman and Michael L. Kirby, the papers and pleadings on file in this action, and on such other and further matters that the Court chooses to consider.

DATED: September 4, 2008      KIRBY NOONAN LANCE & HOGE LLP


By: /s/Michael L. Kirby
    Michael L. Kirby


HANIFY & KING, P.C.


By: /s/Edward A. Pennington
    Edward A. Pennington
    Theodore J. Folkman
    Christopher M. Morrison
    David C. Kravitz

Attorneys for Plaintiff

-2-

KNLH\542167.1

Case No. 08-CV-1156-L-RBB
PLAINTIFF'S EX PARTE MOTION FOR DISCOVERY