## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BAVARIAN NORDIC A/S v. OXFORD BIOMEDICA PLC                Case No. 08cv1156 L(RBB)
                                                            **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                           Rptr.

                                  Attorneys
        Plaintiffs                                    Defendants

PROCEEDINGS:   ____ In Chambers      ____ In Court      ____ Telephonic

On September 4, 2008, Plaintiff filed an Ex Parte Application for Leave to Conduct Discovery [doc. no. 25].

Defendant shall file an opposition no later than September 10, 2008.

No reply shall be filed unless requested by the Court.

DATE: September 5, 2008         IT IS SO ORDERED:   *[signature]*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc: Judge Lorenz                                    INITIALS: VL (mg/irc) Deputy
    All Parties of Record